# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 446 |
| | : | |
| REVISION OF EFFECTIVE | : | JUDICIAL ADMINISTRATION |
| DATE OF RULES 4001-4016 | : | |
| THE PENNSYLVANIA RULES | : | DOCKET |
| OF JUDICIAL | : | |
| ADMINISTRATION ON COURT | : | |
| REPORTING AND | : | |
| TRANSCRIPTS | : | |

## AMENDED ORDER

**PER CURIAM**

    **AND NOW,** this 12th day of May, 2015, it is **ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the June 1, 2015 effective date of Rules 4001-4016 of the Pennsylvania Rules of Judicial Administration, governing court reporting and transcripts, and the June 1, 2015 rescission date of Rules 5000.1-5000.13 of the Pennsylvania Rules of Judicial Administration, are revised to **January 1, 2017**. *See* Order No. 436 Judicial Administration Docket (December 4, 2014).

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.